## STATEMENT OF FACTS

On June 21, 2023, the Cecil County Maryland Sheriff's issued a warrant for DERRICK MARTIN for failing to appear for trial in Case No. C-07-CR-22-000208. The charges in that case allege that Mr. Martin carried an illegal firearm while engaged in the distribution of narcotics.

On November 25, 2024, at approximately 10:30 AM, members of the Metropolitan Police Department's Criminal Apprehension Unit responded to 1600 Pennsylvania Avenue SE, Apartment 402, an apartment associated with MARTIN, in an attempt to locate him.

At approximately 10:37 AM, officers knocked and announced themselves at the apartment door. At the same time, Sergeant Michael Smith was standing outside the apartment building on the street. At 10:39 AM, Sergeant Smith observed a man he recognized to be DERRICK MARTIN open the window to the apartment and throw a black backpack out the window. MARTIN then went back inside the apartment.

Sergeant Smith's body-worn camera reflects the falling backpack, though MARTIN is not clearly visible on camera.





MPD officers continued to knock on the apartment door. No one answered, but the officers could hear people moving inside the apartment.

After waiting several minutes, at 10:43 AM, MPD officers used a master key provided by the apartment management company to open the apartment door. Once the door opened, a woman identified as DERRICK MARTIN's girlfriend, attempted to slam the door closed, striking an officer in the process. The woman refused multiple orders to vacate the apartment, repeatedly attempting to obtain her phone. The woman was moved into the hallway where she resisted the officers' attempts to handcuff her.

As officers detained MARTIN's girlfriend, officers encountered MARTIN emerging from the living room of the apartment. MARTIN initially refused lawful orders to place his hands up. As officers attempted to handcuff him, he pulled away and flailed, causing Martin and one of the officers to fall to the ground. MARTIN was ultimately secured.

As officers conducted a protective sweep of the apartment to ensure that no one else was present, they found a black firearm on the nightstand next to the bed.

The warrant for MARTIN issued by Cecil County was determined to be extraditable and MARTIN was placed under arrest.

Officers recovered the backpack that MARTIN had tossed out of the window. Inside were the following items:

1. Plastic mylar bag containing a white rock-like substance weighing approximately 700 grams with packaging;

2. Plastic bag containing numerous blue pills with "M30" stamped on them. The pills weighed approximately 628.4 grams with packaging; and

3. Micro Draco Firearm (PMD06069-18RO) loaded with one round in the chamber, and eleven rounds in an extended magazine.

After MARTIN was arrested, MPD obtained a search warrant for 1600 Pennsylvania Avenue SE, Apartment 402 (D.C. Superior Court warrant 2024-CSWLD-004818).

During a search of the apartment, the following items were seized:

4. Glock 19 with two different serial numbers, loaded with one round in the chamber, and seventeen rounds in an extended magazine;

5. Eleven rounds of 9mm ammunition;

6. Seven rounds of 10mm ammunition;

7. Twenty-two rounds of 40mm ammunition;

8. Thirty-one rounds of forty-five caliber ammunition;

9. One round of 5.56 caliber ammunition;

10. One round of 7.62 caliber ammunition;

11. One 9mm magazine;

12. Two 4mm magazine;

13. Two 5.56 caliber magazines;

14. One digital scale;

15. Numerous additional blue pills stamped "M30";

16. Approximately 150 grams of a substance that field-tested positive for heroin;

17. Approximately 7.5 grams of a substance that field-tested positive for cocaine; and

18. $12,133 in cash.

Other than MARTIN and his girlfriend, the only other individual inside the apartment at the time officers secured it was a four-year old child, whom MARTIN and his girlfriend identified as their child.

Your affiant has been involved in many drug-related investigations and arrests in the Washington, D.C. area. During those investigations and arrests, I have observed the recovery of thousands of blue pills stamped with "M30." In my experience, these pills are illegal hand-pressed pills containing fentanyl.

Firearms and ammunition like the Glock 19, Micro Draco, and other recovered ammunition are not manufactured in Washington, D.C. Therefore, these items traveled in and affected interstate commerce.

DERRICK MARTIN has previously been convicted of crimes punishable by more than a year in prison. Specifically, in D.C. Superior Court Case No. 2013 CF2 018288, MARTIN was convicted of Attempted Unlawful Possession of Liquid PCP and sentenced to nine months' imprisonment suspended. On March 22, 2017, In D.C. Superior Court Case No. 2016 CF2 011401, MARTIN was convicted of Unlawful Possession of a Firearm (Prior Conviction) and sentenced to 730 days' incarceration, with 364 days suspended. On October 31, 2017, in Arlington, Virginia Case No. CR17-1779, MARTIN was convicted of Grand Larceny greater than $200 and sentenced to three years' imprisonment suspended. Because MARTIN has previously been sentenced to terms of incarceration greater than one year, including suspended sentences in excess of one year, MARTIN was aware at the time of the offense that he had been convicted of crimes punishable by more than a year in prison.

Respectfully Submitted,

_____
Detective Marcus Talley, D2-1724
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on November 26, 2024.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE